# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-1645

———————————————

Charles Lee Moultrie, Jr.,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

May 15, 2024

Per Curiam.

Affirmed.

Lewis, Winokur, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.